```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA               :
                                                            :
            -against-                                 :
                                                            :         21-CR-692 (VEC)
OLMES DURAN-IBARGUAN,              :
                              Defendant.       :         <u>ORDER</u>
                                                            :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 22, 2024, the Court referred the presentment and arraignment of Mr. Duran-Ibarguan to Magistrate Judge Court.

IT IS HEREBY ORDERED that the Court will hold a status conference in this matter on **Thursday, April 4, 2024, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that, to the extent the Government intends to unseal any further indictments with respect to Mr. Duran-Ibarguan, it must file an unsealing motion by **April 2, 2024**.

**SO ORDERED.**

**Date: March 25, 2024**                                           _____
**       New York, NY**                                              **VALERIE CAPRONI**
                                                                              **United States District Judge**