

| | | |
|---|---|---|
| NEW YORK | **Duane Morris** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

**MEMO ENDORSED**

May 1, 2024

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/2024

      Re:    <u>United States v. Olmes Duran Ibarguen, No. 21-cr-00692 (VEC)</u>

Dear Judge Caproni:

      We are the attorneys for Olmes Duran Ibarguen.  As the Court is aware, Mr. Duran Ibarguen is a native Spanish speaker and does not speak English, and neither myself nor my associate, Arletta Singh, speak Spanish.  Accordingly, I write to request permission to engage the ongoing services of a Spanish translator for Mr. Duran Ibarguen's case. The translator will translate government discovery and Court documents into Spanish for Mr. Duran Ibarguen, along with translating Spanish language discovery and anticipated correspondence with Mr. Duran Ibarguen's family into English for defense counsel.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you for your consideration.

                                                Respectfully submitted,

                                                <u>/s/ Eric R. Breslin</u>

                                                Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**      _____   05/02/2024
                              Honorable Valerie E. Caproni, U.S.D.J.