UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- :     21-CR-692 (VEC)
:
:     <u>ORDER</u>
OLMES DURAN-IBARGUEN, :
                           Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 9, 2024, the Government notified the Court that Defendant Olmes Duran-Ibarguen requests a change-of-plea hearing;

    IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Wednesday, August 21, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: August 12, 2024**
       **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**