UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA         :
:
    -against-                 :          21-CR-692 (VEC)
:
:          <u>ORDER</u>
OLMES DURAN-IBARGUEN,             :
                          Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 21, 2024, Mr. Duran-Ibarguen appeared before the Court for a change-of-plea hearing; and

    WHEREAS at the hearing, the Defendant entered a plea of guilty to a lesser included offense of conspiring to import into the United States 500 grams and more of cocaine (Count One of the Indictment), which was accepted by the Court.

    IT IS HEREBY ORDERED that Mr. Duran-Ibarguen will be sentenced on **Wednesday, December 18, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The parties' sentencing submissions are due **December 4, 2024**.  All previously scheduled trial deadlines and proceedings are CANCELED as to this Defendant.


**SO ORDERED.**

Date:  August 22, 2024
       New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**