UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
            -against-            :         21-CR-692 (VEC)
:
:         <u>ORDER</u>
OLMES DURAN-IBARGUEN,               :
                            Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Duran-Ibarguen's sentencing, currently scheduled for Wednesday, December 18, 2024, is ADJOURNED to **Monday, June 30, 2025 at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The parties' sentencing submissions are due **June 16, 2025**.

**SO ORDERED.**

Date:  **November 26, 2024**
       New York, NY

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**