# Duane Morris

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

March 12, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2025

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Olmes Duran Ibarguen, No. 21-cr-00692 (VEC)**

Dear Judge Caproni:

We are the attorneys for Olmes Duran Ibarguen.  We write regarding the *pro se* motion filed by Mr. Duran Ibarguen requesting a status hearing regarding his representation. (ECF 141). Mr. Duran Ibarguen's letter is dated January 28, 2025. (*Id.* at 1).  As the Court is aware, we submitted a letter motion regarding Mr. Duran Ibarguen's health on January 29, 2025 (filed under seal). This letter motion asked the Court to disregard the handwritten letter submitted by Mr. Duran Ibarguen to the Court per Mr. Duran Ibarguen's instructions. (*Id.*).

Mr. Duran Ibarguen wishes to retain current counsel, and any misunderstandings have been resolved.  Accordingly, we ask the Court to deny Mr. Duran Ibarguen's *pro se* motion as moot.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you for your consideration.

Honorable Valerie E. Caproni  
March 12, 2025  
Page 2

DuaneMorris

                                              Respectfully submitted,

                                              /s/ Eric R. Breslin

                                              Eric R. Breslin

cc: All Counsel of Record (Via ECF)

---

For the reasons set forth in this letter, the Court will disregard the *pro se* motion filed at Dkt. 141.

SO ORDERED.

*[signature]* 3/14/2025

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE