UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 21-CR-692 (VEC)
:
: ORDER
OLMES DURAN-IBARGUEN, :
                       Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Duran-Ibarguen's sentencing, currently scheduled for June 30, 2024, is ADJOURNED to **Thursday, December 18, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Sentencing submissions are due **Thursday, December 4, 2025.**

**SO ORDERED.**

Date: June 16, 2025
      New York, NY

                                        **VALERIE CAPRONI**
                                      **United States District Judge**