UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA                     :

                         :

          -against-            :               21-CR-692 (VEC)

                         :

                         :                   ORDER

OLMES DURAN-IBARGUEN,           :

                   Defendant.     :

                         :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Duran-Ibarguen's sentencing, currently scheduled for December 18, 2025, is ADJOURNED to **Thursday, March 12, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Sentencing submissions are due **Thursday, February 26, 2025.**

**SO ORDERED.**

**Date:  December 2, 2025**
      **New York, NY**

_____
          **VALERIE CAPRONI**
       **United States District Judge**