UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                  :

UNITED STATES OF AMERICA          :
                  :

        -against-        :         21-CR-692 (VEC)
                  :
                  :         <u>ORDER</u>

OLMES DURAN-IBARGUEN,       :
           Defendant.    :
                  :

---------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that Mr. Duran-Ibarguen's sentencing, currently scheduled

for March 12, 2026, is ADJOURNED to **Thursday, June 11, 2026, at 10:30 A.M.** in Courtroom

20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

Sentencing submissions are due **Thursday, May 28, 2026.**

**SO ORDERED.**

**Date:  February 9, 2026**
      **New York, NY**                 **VALERIE CAPRONI**
                                     **United States District Judge**