UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>OLMES DURAN-IBARGUEN,<br>Defendant. | 21-CR-692 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Duran-Ibarguen's sentencing, currently scheduled for September 29, 2026, is ADJOURNED to **Wednesday, October 7, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Government's sentencing submission is due no later than **Wednesday, September 23, 2026.**

**SO ORDERED.**

**Date: September 22, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**