UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA :

-against- : 21-CR-692 (VEC)

: ORDER

OLMES DURAN-IBARGUEN,
Defendant. :

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Duran-Ibarguen's sentencing, currently scheduled for October 7, 2026, is ADJOURNED to **Friday, December 4, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Government's sentencing submission is due no later than **Wednesday, November 18, 2026.**

**SO ORDERED.**

**Date: September 23, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**